FILED
CLERK, U.S. DISTRICT COURT

6/7/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____LM_____ DEPUTY

Submit this form by e-mail to:

CrimIntakeCourtDocs_LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs_SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs_RS@cacd.uscourts.gov — For Riverside criminal duty.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA   5:21-mj-00405

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER: 19-cr-0293-DMS-(2) |
| MICHELLE KAREN ALMEIDA<br>USMS# 72921-298<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on __06/07/2021__ at __0900__ ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   __18 United States Code 3583 Supervise release violation__

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: __1987__

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: __Duty officer__

10. Remarks (if any): _____

11. Name: __Daniel Donoso__ (please print)

12. Office Phone Number: __951-276-6161__

13. Agency: __USMS__

14. Signature: _[signature]_

15. Date: __06/07/2021__

CR-64 (09/20)     REPORT COMMENCING CRIMINAL ACTION